## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOCELYN S. individually and on behalf of E.S. and E.S., <br><br>     Plaintiffs, <br><br>     v. <br><br> BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. ET AL, <br><br>     Defendants. | Civil Action No. 3:25-CV-00133-MOC-DCK |

## STIPULATED DISMISSAL WITH PREJUDICE

**TROUTMAN PEPPER LOCKE LLP**
Virginia Bell Flynn (NC Bar No. 59109)
301 S. College Street, Suite 3400
Charlotte, NC 28202
virginia.flynn@troutman.com
704-916-1509

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Jocelyn S., individually and on behalf of E.S. and E.S., and Defendants Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. dba Anthem Blue Cross Blue Shield, Bank of America Corporation, the Bank of America Corporation Corporate Benefits Committee, and the Bank of America Group Benefits Program, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that the above-captioned lawsuit is dismissed with prejudice.

The parties further agree to bear their own fees and costs associated with this matter.

Dated:    August 6, 2026

Dated:    August 6, 2026

TROUTMAN PEPPER LOCKE LLP

CHRISTENSEN & JENSEN, P.C.

By: */s/ Virginia Bell Flynn*
    Virginia Bell Flynn, Esq. (NC Bar No. 59109)
    **TROUTMAN PEPPER LOCKE LLP**
    301 S. College Street, Suite 3400
    Charlotte, NC 28202
    Virginia.flynn@troutman.com
    704-916-1509
    *Attorney for Defendants*

By: */s/ Karra J. Porter*
    (signed by filing attorney with permission)
    Karra J. Porter, Esq. (admitted pro hac vice)
    **CHRISTENSEN & JENSEN, P.C.**
    257 East 200 South, Suite 1100
    Salt Lake City, UT 84111
    Karra.porter@chrisjen.com
    801-323-5000

    Norris A. Adams, II
    **Essex Richards, P.A.**
    1701 South Blvd.
    Charlotte, NC 28203
    704-377-4300
    Nadams@essexrichards.com

    *Attorney for Plaintiffs*